**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-8102

LUIS HERNANDEZ, a/k/a Larry Stanford,

                                        Petitioner - Appellant,

        versus

STATE OF NORTH CAROLINA; CUMBERLAND COUNTY;
DAVID MITCHELL,

                                        Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-01-657-5)

Submitted: April 15, 2002          Decided: July 29, 2002

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Luis Hernandez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Luis Hernandez seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Hernandez v. North Carolina, No. CA-01-657-5 (E.D.N.C. Aug. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED